AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia



FEB 2 7 2019

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>(1) Apple cellular phone, model X IMEI<br>#354841094054631 with Sprint SIM Card (See<br>Attachment A for full identifiers) | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.   3:19SW057 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____February 23, 2019_____
*(not to exceed 10 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_Hon. David J. Novak_____.
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30).*
☐until, the facts justifying, the later specific date of _____.

Date and time issued: _February 13, 2019_     _/S/_ _____
                        _1pm_                David J. Novak
                                        United States Magistrate Judge

City and state:  _Richmond, VA_____     _Hon. David J. Novak, U.S. Magistrate Judge_
                                            *Printed name and title*

AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** 3:19SW057 | **Date and time warrant executed:** February 13, 2019 | **Copy of warrant and inventory left with:** |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Extraction of SUBJECT DEVICE attempted SA Byrd is unable to execute search due to SUBJECT DEVICE being locked. SA Byrd removed SIM card of the device, extracted it's contents. SUBJECT DEVICE will be sent to ATF Digital Forensics branch for advanced extraction / search techniques. TWB 2-13-19

Device Partially imaged by DFB / returned to SA Byrd 2-20-19 SA Byrd Processed the digital image of SUBJECT DEVICE which includes but not limited to: Images/Videos, Text/Chat messages, location Data, internet history and call log data.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/21/2019

_____
*Executing officer's signature*

Thomas W. Byrd
_____
*Printed name and title*